| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | TODD A. PICKLES |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | (916) 554-2700 (main) |
| | (916) 554-2900 (facsimile) |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. 2:12-MJ-00063 CKD; |
| | ) | 2:12-SW-00080 CKD; |
| Plaintiff, | ) | 2:12-SW-00081 CKD |
| | ) | |
| v. | ) | **ORDER TO UNSEAL CRIMINAL** |
| | ) | **COMPLAINT AND SEARCH AND** |
| COLIN KEITH McELWEE, | ) | **ARREST WARRANTS** |
| and | ) | |
| CLARO GARCIA SOMERA, | ) | |
| | ) | |
| Defendants. | ) | |

The Court hereby orders that the criminal complaint, supporting affidavit, and arrest warrants in criminal case No. 2:12-MJ-00063 CKD, and the search warrants, supporting affidavit, and applications in case Nos. 2:12-SW-00080 CKD and 2:12-SW-00081 CKD, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: March 1, 2012

                                                        /s/Carolyn K. Delaney
                                                        HON. CAROYN K. DELANEY
                                                        United States Magistrate Judge